IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NUMBER 20-MJ-7138-MAB |
| | ) |
| | ) **FILED UNDER SEAL** |
| URICH N. GAINES, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Jake Frechette, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### Attempted Enticement of a Minor

On or about June 27, 2020, the defendant,

**URICH N. GAINES,**

in Madison County, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of 18 United States Code, Section 2422(b).

I further state that this complaint is based on the following facts:

# AFFIDAVIT

## INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. I have been employed by the FBI since January 2019. My employment has vested me with the authority to investigate violations of federal law, including Title 18, U.S.C. §§ 2242, 2252, 2252A, all involving the Sexual Exploitation and Other Abuse of Children. During my time at the FBI Academy and while working the violation, I have received training in a variety of investigative and legal matters, including topics of searches, drafting search warrant Affidavits, and Probable Cause. I am presently assigned to the Springfield Violent Crimes Against Children Squad, which focuses on investigating individuals and dismantling organizations responsible for the sexual exploration of children through the manufacture and distribution of child pornography. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and I have conducted interviews of subjects, victims, and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as

well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that NICHOLAS WRIGHT committed violations of Title 18, United States Code, Section 2422(b).

## BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CAUSE

4. On June 26 and 27, 2020, agents from the Federal Bureau of Investigation, along with a joint taskforce of various state and federal law enforcement agencies conducted an undercover investigation targeting subjects who were attempting to engage in sexual activity with minors.

5. Starting on approximately June 19, 2020, through June 26, 2020, undercover agents began posting ads on various online social media and dating platforms and applications. The ads were primarily dating profiles showing photos of young-looking male and female adult confidential sources. The ads all state that the person's age is 18 as that is the minimum age required for the websites.

6. A residence in Collinsville, Illinois was obtained to be the location that targets were directed to for engaging in sexual activity with the fictitious minors from the online profiles.

7. On approximately June 27, 2020, an FBI Online Covert Employee ("OCE") was using a mobile dating application.

8. An individual who was later identified as URICH N. GAINES (hereinafter referred to as "GAINES") initiated a conversation with OCE, whose profiled displayed the name "Alex". The conversation proceeded as follows:

| | |
|---|---|
| GAINES: | Lol yea, so wyd right now |
| GAINES: | And how old are you? |
| OCE: | I'm younger…lol. I'm almost 16 |
| GAINES: | Lol oh wow you're younger than I thought |
| OCE: | Lol. Ya I know. |
| GAINES: | Lol you're too young to be on Grindr though |
| GAINES: | And what are you looking for |
| OCE: | They make u put 18 on your profile. Lol |
| OCE: | Discreet fun tonight. I'm house sitting in Collinsville |
| GAINES: | Are you a virgin lol |
| GAINES: | And you're hosting in Collinsville |
| OCE: | I have done hands and oral. Never all the way though. I'm kinda new to this. Lol |
| OCE: | Yes I'm house sitting. House to myself all night |
| …. | |
| GAINES: | How long will you be alone lol? When do they come back |
| GAINES: | And are you mixed? |
| OCE: | They are coming back tomorrow at like noon |
| GAINES: | Aw ok gotcha |
| OCE: | I'm part hispanic |
| GAINES: | So did you want me to come over and chill with you tonight |
| GAINES: | And part what else lol? I'm black and Puerto Rican |
| OCE: | Just white and Hispanic. Lol |
| OCE: | I'm down to chill. What would u wanna do |
| GAINES: | Doesn't matter, wbu |
| GAINES: | You smoke or drink lol |
| GAINES: | And are you trying to go all the way tonight |
| OCE: | I'm down to try all the way. Lol. I'm afraid it will hurt though. Lol |
| OCE: | I have drank before |
| GAINES: | I have lube and condoms lol and I'll be gentle |
| GAINES: | You like oral and kissing |
| GAINES: | And ok cool, we could drink a lil if you want to |
| OCE: | I'm down. I LOVED oral. Lol |
| OCE: | That all sounds amazing |
| GAINES: | So you must give really good head then huh lol |
| OCE: | Can I get one more pic sexy. Lol |
| GAINES: | I like eating ass if it's clean lol |
| OCE: | I hope I do it good. Lol |
| GAINES: | Yea you show me a pic too |
| GAINES: | I'll send it on Grindr and you do the same |
| OCE: | Why not here silly. |

4

| | |
|---|---|
| GAINES: | Lol just being given your age |
| .... | |
| GAINES: | Want you to be clean and fresh, especially back there if we go all the way lol |
| .... | |
| OCE: | How old are you btw |
| GAINES: | 30, hope that's not an issue. I'm told I look way younger though lo |
| .... | |
| GAINES: | Do you like sweet fruity liquor or lol? |
| OCE: | I have never had liquor lol. I have had those white claw things. Lol |
| GAINES: | lol did you like it |
| OCE: | Ya it was good. Lol |
| OCE: | I'll try liquor though. Lol |
| GAINES: | Lol ok |
| GAINES: | You have ice? |
| OCE: | Ya I have ice. Lol |
| GAINES: | OK lol |

9. The conversation continued regarding planning a meet up time and location. A meeting was tentatively set after 9:00 PM at the undercover house in Collinsville, Illinois. The subject agreed to meet the minor from the application on June 27, 2020 at the minor profile's residence for a sexual encounter.

10. GAINES drove to the residence and law enforcement agents subsequently contacted the subject and took him into custody.

11. GAINES was interviewed on location immediately following the arrest.

12. During an interview, GAINES admitted that he was the one who had been chatting with "Alex", the OCE profile and he was aware that the he was a minor. He further admitted that he came to the residence to have a sexual encounter with "Alex".

13. Officers located MD 20/20, a strawberry-kiwi liquor, and a mango White Claw, a hard seltzer, in a bag in GAINES' possession. GAINES admitted that he brought the White Claw for "Alex". Officers additional located condoms in GAINES' pocket. GAINES stated that he planned to use the condoms for his sexual encounter with "Alex".

## CONCLUSION

14. Based on the foregoing, I submit that there is probable cause to believe that on June 27, 2020, URICH GAINES committed the offenses set forth in Count 1 of this Complaint.

Jacob Frechette, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this

29th day of June, 2020, in the Southern District of Illinois.

MARK A. BEATTY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

KARELIA S. RAJAGOPAL
Assistant United States Attorney