IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 3:20-cr-30097-NJR |
| | ) | |
| | ) | |
| URICH N. GAINES, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

The United States and the Defendant agree and stipulate as follows:

1. On or about June 27, 2020, URICH N. GAINES used a cellphone connected to the Internet to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years, to engage in sexual activity.

2. Specifically, on June 27, 2020, GAINES initiated a conversation with an FBI Undercover Employee ("UCE") on the digital dating application "GRINDR." GAINES and the UCE, who identified himself as 16-year-old "Alex," continued their conversation via text message. GAINES proceeded to engage in a sexually explicit conversation with "Alex." Despite knowing his age, GAINES indicated that he intended to have sexual intercourse and engage in oral sex with "Alex."

3. During the conversation, the UCE, posing as 16-year-old "Alex," invited GAINES to meet him at a residence in Collinsville, Illinois to engage in sexual activity. The address that the UCE provided was actually an undercover house where law enforcement agents were waiting.

4. On June 27, 2020, GAINES arrived at the undercover house in Collinsville, Illinois. During a search incident to arrest, agents located sexual lubricant and condoms.

1

5. During an interview with agents, GAINES admitted that he was the one who had been chatting with "Alex" and he was aware that he was a minor. GAINES stated that he arrived at the undercover house to meet "Alex" for sexual activity. GAINES further stated that he brought sexual lubricant and condoms for the purpose of engaging in sexual activity with "Alex."

6. GAINES communicated with "Alex" via text message using his iPhone 8 Plus, IMEI 35 863309 048081 1.

7. GAINES stipulates that the facts set forth above prove beyond a reasonable doubt the conduct charged in Count 1 of the Indictment.

SO STIPULATED.

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

_____
URICH N. GAINES
Defendant

_____
JOSEPH W. FLEES
Attorney for Defendant

Date: March 21, 2022

_____
DAVID D. DEAN
Assistant United States Attorney

Date: 3/24/2022